No. 4,382.—STATE EX REL. S. V. STEWART, GOVERNOR, ET AL., AS MEMBERS OF THE STATE BOARD OF EQUALIZATION, RELATORS, *v.* C. H. MARTIEN, COUNTY ASSESSOR, RESPONDENT.

Original application by relators as members of the State Board of Equalization of the State of Montana, for writ of mandate to compel the respondent, as assessor of the county of Lewis & Clark, in listing, valuing and assessing property for taxation in said county for the year 1919, to comply with the provisions of House Bill 30, passed by the Sixteenth Legislative Assembly and approved on February 28, 1919, and with the instructions and directions of the State Board of Equalization.

Decided March 20, 1919.

PER CURIAM.—The application of relators for writ of mandate herein was this day, after due consideration, denied.

*Mr. S. C. Ford*, Attorney General, for Relators.